UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01068-ODW (ACCVx) | Date | April 29, 2026 |
| Title | *I.A.R. et al. v. Thelma Cantu et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

Pursuant to Plaintiffs' Notice of Voluntary Dismissal, (Dkt. No. 39), and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiffs' Application for Order to Show Cause, (Dkt. No. 30), is **DENIED AS MOOT**; and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE